UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In the Matter of the Complaint for Exoneration from or Limitation of Liability by MATHORSI BUSINESS CORP., d/b/a Rainboat Boat Rentals, as owner of the 2018 23' Regal motorvessel, bearing Hull Identification No. RGMDC189B818,

    Petitioner.

_____/

Case No. 2:21-cv-27-JLB-NPM
IN ADMIRALTY

**ORDER DIRECTING ISSUANCE OF AMENDED NOTICES**

An Amended Complaint has been filed on April 5, 2021, by MATHORSI BUSINESS CORP., d/b/a Rainboat Boat Rentals, for Exoneration from or Limitation of Liability regarding a 2018 23' Regal motor vessel, bearing Hull Identification No. RGMDC189B818, pursuant to 46 U.S.C. §30505 *et seq*. and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, for any damages or injuries resulting from an incident occurring on or about July 6, 2020 on the navigable waters near Cape Coral, Florida.

    The Amended Complaint alleges the value of Petitioner's interest in the said vessel does not exceed $50,000.00, and the Petitioner claims there is no pending

freight. The Petitioner has deposited with the Court an Ad Interim Stipulation of Value as security for the benefit of Claimants, dated January 11, 2021, in the amount of $50,000.00 plus interest at six percent (6%) per annum from July 6, 2020.

Accordingly, it is **ORDERED**:

1. An amended notice shall be issued by the Clerk of this Court and served by Petitioners to all persons asserting claims with respect to which the Amended Complaint seeks exoneration or limitation admonishing them to file their respective claims with the Clerk of this Court in writing, and to serve on the attorneys for the Petitioner a copy thereof on or before **May 31, 2021**, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he or she shall file and serve on the attorneys for Petitioner an answer to the Amended Complaint on or before the said date, unless his or her claim has included an answer to the Amended Complaint, so designated, or be defaulted.

2. The aforesaid amended notice shall be published in the Fort Myers News-Press once a week for four successive weeks prior to the date fixed for the filing of claims, as provided by Rule F; and copies of the amended notice shall also be mailed in accordance with Rule F.

3. Service of this Order as a restraining order may be made through the Post Office by mailing a conformed copy thereof to the person or persons to be

restrained, or to their respective attorneys, or alternatively, by hand.

**DONE** and **ORDERED** in Fort Myers, Florida on April 12, 2021.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

3