UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MATHORSI BUSINESS CORP., as owner of the 2018 23' Regal motorvessel, bearing Hull Identification No. RGMDC189B818 dba Rainbow Boat Rentals,

    Petitioner/Third-party Plaintiff,

Case No: 2:21-cv-27-JES-NPM

BETTY GALBRAITH and LAURA MORAN

    Third Party Plaintiffs

ROBERT GALBRAITH,

    Third Party Defendant.

**ORDER**

This matter comes before the Court on the parties' Notice of Settlement (Doc. #47), filed on December 13, 2021. The parties indicate that they have reached a settlement in the case, and anticipate finalization within 30 days.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **THIRTY (30) DAYS** of the date hereof, to submit a stipulated form of final order or judgment **or** request an extension of time should

they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*. After that **THIRTY (30) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered. The Clerk is **directed** to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

    **DONE and ORDERED** at Fort Myers, Florida, this ___13th___ day of December 2021.

                                                     _____
                                                     JOHN E. STEELE
                                                     SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record